# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3009 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 89 DB 2023 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 91232 |
| MICHAEL JOHN CSONKA, | : | |
| | : | |
| Respondent | : | (Franklin) |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of November, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Michael John Csonka is suspended from the Bar of this Commonwealth for a period of one year. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).